IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JERRY JENKINS & ANGELA JENKINS, <br> Plaintiffs, | § <br> § <br> § | CIVIL ACTION NO. 2:13-cv-00956 |
| v. | § <br> § <br> § | |
| FOWLER TRANSPORTATION, LTD., <br> Defendant. | § <br> § | DEMAND FOR JURY TRIAL |

## MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** Plaintiffs and Defendant and move for dismissal of all claims with prejudice and in support thereof would show the following:

1. Plaintiff and Defendants have entered into a settlement agreement resolving all matters in dispute.

2. Plaintiff and Defendants request that the Court dismiss all claims in this suit with prejudice.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and Defendants request that the Court dismiss all claims in this suit with prejudice to the re-filing of same and with costs to be borne by the party incurring same.

Respectfully submitted,

By: /s/Todd G. Riff
    **MICHAEL K. COX**
    Texas Bar No. 24033983
    Louisiana Bar No. 22026

    **COX, COX, FILO, CAMEL & WILSON**
    723 Broad Street
    Lake Charles, Louisiana 70601
    (337) 436-6611 (Telephone)
    (337) 436-9541 (Telecopier)
    *mike.cox@coxcoxfilo.com*

    LEAD COUNSEL FOR PLAINTIFFS

and

    **TODD G. RIFF**
    Texas Bar No. 16915870

    **RIFF & ASSOCIATES, PC**
    1225 North Loop West, Suite 1020
    Houston, Texas 77008
    (713) 237-1100 (Telephone)
    (713) 237-0278 (Telecopier)
    *triff@rifflawfirm.com*

    CO-COUNSEL FOR PLAINTIFFS


By: /s/John M. Pease
    **JOHN M. PEASE**
    Texas Bar No. 15698050
    **KYLE R. HEJL**
    Texas Bar No. 24035578

    **COWLES & THOMPSON, P.C.**
    901 Main Street, Suite 3900
    Dallas, Texas 75202
    (214) 672-2000 (Telephone)
    (214) 672-2020 (Telecopier)
    *jpease@cowlesthompson.com*
    *khejl@cowlesthompson.com*

    ATTORNEYS FOR DEFENDANT
    FOWLER TRANSPORTATION, LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the  15th  day of December, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to those attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/John M. Pease
**JOHN M. PEASE**