IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JERRY JENKINS & ANGELA JENKINS,<br>    Plaintiffs,<br><br>v.<br><br>FOWLER TRANSPORTATION, LTD.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:13-cv-00956 |

## ORDER

**CAME ON TO BE CONSIDERED**, Plaintiffs' and Defendant's Joint Motion to Dismiss, and the Court having considered same is of the opinion that same should be **GRANTED IN FULL.** Accordingly, it is, therefore,

**ORDERED, ADJUDGED AND DECREED** Plaintiff' claims against Defendant be dismissed with prejudice to refiling same;

All cost of court are taxed against party incurring same.

**SIGNED this 16th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE